UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────x
ALFRED TRIPPETT, on behalf of herself and all
Others similarly situated,

        Plaintiffs,

   -against-

MICRO ELECTRONICS, INC.,


        Defendant.
───────────────────────────────x

Civil Action No. 1:24-cv-2973

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff Alfred Trippett, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: August 8, 2024

By: _____*Gabriel Levy*_____

    Gabriel A. Levy, Esq .
       *Attorney for Plaintiff*
    Gabriel A. Levy, P.C.
    1129 Northern Blvd, Ste 404
    Manhasset, NY 11030
    T: 347-941-4715
    Glevy@glpcfirm.com